# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS·
### 1100 COMMERCE STREET
### DALLAS, TEXAS 75242

**ED KINKEADE**

District Judge

214/753-2720 Chambers

214/753-2727 Facsimile

September 12, 2006

Mr. Ortrie D. Smith
Chair, Judicial Conference of the
     U.S. Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

FINANCIAL DISCLOSURE OFFICE

2006 SEP 13 A 10: 46

RECEIVED

     RE: 2005 Financial Disclosure Report

Dear Mr. Smith:

     In response to the Committee's letter dated August 29, 2006, I submit with this letter a new page 4, Part VII. Investments and Trusts for the 2005 Financial Disclosure Report. The new page includes the county and state for line 5 in Part VII.



     Thanks for the help that the Committee and the staff provide. You both are very helpful.

                            Sincerely,



                            Ed Kinkeade
                            U. S. District Judge

Encls

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E | 08/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Dallas County, TX (1978 $27,948) | E | Rent | K | R | None | | | | |
| 2. Rental Property #2, P-K, Dallas County, TX (1985 $32,928) | D | Rent | K | R | None | | | | |
| 3. Rental Property #3 P-K, Dallas County, TX (1980 $32,928) | E | Rent | K | R | None | | | | |
| 4. Rental Property #4, Dallas County, TX (1978 $33,461) | D | Rent | K | R | None | | | | |
| 5. Rental Property #5, ▉▉▉▉ (2000 $40,000) | A | Rent | K | R | None | | | | |
| 6. Bank of America | A | Interest | J | T | None | | | | |
| 7. Bank of the West | A | Interest | K | T | None | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kinkeade, James E | Northern District of Texas | 08/08/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1100 Commerce Street<br>Room 1625<br>Dallas, TX 75242 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Texas Wesleyan University School of Law |
| 2. Member | Rio Viga, LLC |
| 3. Trustee | Baylor Healthcare System |
| 4. Trustee | Baylor Medical Center - Irving |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/05 | Teaching classes at Texas Wesleyan University School of Law - 2005 |
| 2. 09/01/01 | State of Texas - Employee Retirement Benefits |
| 3. 01/01/90 | Dallas County - Employee Retirement Benefits |

RECEIVED
Aug 11 10 21 AM '06
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E | 08/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | United States Judges Admin Office of the US Courts | $ 157,371 |
| 2. 2005 | Texas Wesleyan University | $ 20,000 |
| 3. 2005 | West Services, Inc - Royalty income | $ 10,137 |
| 4. 2005 | National Institute for Trial Advocacy - Royalty income | $ 1,387 |
| 5. 2005 | Judicial Retirement System | $ 53,269 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Irving Independent School District |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Baylor Healthcare System | January 13, 2005 - Governance Conference - Naples, FL (meals, room, transportation) |
| 2. Baylor Healthcare System | February 10, 2005 - Strategy Retreat - Irving, TX (meals) |
| 3. Baylor Healthcare System | October 20, 2005 - Leadership Retreat - Frisco, TX (room & meals) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E | 08/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of the West | Mortgage on Rental property #1 | L |
| 2. Midland Mortgage Co. | Mortgage on Rental Property #4 - PAID OFF November, 2005 | None |
| 3. International Bank | Mortgage on Rental Property #5 | K |
| 4. MBNA | Credit Card | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E | 08/08/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Dallas County, TX (1978 $27,948) | E | Rent | K | R | None | | | | |
| 2. Rental Property #2, P-K, Dallas County, TX (1985 $32,928) | D | Rent | K | R | None | | | | |
| 3. Rental Property #3 P-K, Dallas County, TX (1980 $32,928) | E | Rent | K | R | None | | | | |
| 4. Rental Property #4, Dallas County, TX (1978 $33,461) | D | Rent | K | R | None | | | | |
| 5. Rental Property #5 (2000 $40,000) | A | Rent | K | R | None | | | | |
| 6. Bank of America | A | Interest | J | T | None | | | | |
| 7. Bank of the West | A | Interest | K | T | None | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E | 08/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E | 08/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_ *August 10, 2006*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544